| | |
|---|---|
| NOC PROPERTIES, LLC; NANTAHALA OUTDOOR CENTER, LLC; NOC ADVENTURE, LLC; NOC RETAIL, LLC; and DUKE ENERGY CAROLINAS, LLC,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>GREAT SMOKY MOUNTAINS RAILROAD, LLC; U.S. DEPARTMENT OF AGRICULTURE; U.S. FOREST SERVICE; N.C. DEPARTMENT OF TRANSPORTATION; and SWAIN COUNTY,  )<br><br>Defendants.  ) | **O R D E R** |

**THIS MATTER** is before the Court on the following: the Defendant North Carolina Department of Transportation's Motion to Dismiss [Doc. 11]; the Defendant Swain County's Motion to Dismiss [Doc. 15]; the Plaintiffs' Motion to Modify the Swain County Court's April 1, 2021 Order [Doc. 17]; the Plaintiffs' Second Motion to Modify the Swain County Court's April 1, 2021 Order [Doc. 24]; and the Magistrate Judge's Memorandum and Recommendation [Doc. 31] regarding the disposition of those motions.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motions and to submit a recommendation for their disposition.

On December 14, 2021, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the parties' motions. [Doc. 31]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation regarding the pending motions.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 31] is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Defendant North Carolina Department of Transportation's Motion to Dismiss [Doc. 11] and the

Defendant Swain County's Motion to Dismiss [Doc. 15] are **GRANTED**, and the Plaintiffs' claims against these Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiffs' Motions to Modify the Swain County Court's April 1, 2021 Order [Docs. 17, 24] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 5, 2022

Martin Reidinger
Chief United States District Judge